UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| ANTHONY T. MENDENHALL,<br><br>    Plaintiff,<br><br>v.<br><br>CAROL HOLINKA, RANSOM ALI,<br>D. SANDERS, HARLEY LAPPAN, and<br>Other Un-named Federal Bureau of<br>Prisons Employees 1 through 6,<br><br>    Defendants. | Civil No. 05-2060 (PAM/AJB)<br><br>**ORDER** |

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated October 7, 2005, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

    1. Plaintiff's Application to Proceed Without Prepayment of Fees, (Docket No. 2), is **DENIED**; and

    2. This action is **DISMISSED WITHOUT PREJUDICE**.


Dated:  October 22, 2005

                                                       s/ Paul A. Magnuson<br>
                                                       Paul A. Magnuson<br>
                                                       Senior United States District Court Judge